1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendant
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                            OAKLAND DIVISION
11

12 | JUAN ESTRADA, *et al*,

13 |                  Plaintiffs,                C 4:23-cv-04073 KAW

14 |         v.                                  **SECOND STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANT MUST FILE A**
15 | ALEJANDRO MAYORKAS, Secretary of             **RESPONSE AND ORDER**
    | Homeland Security,
16
17 |                  Defendant.

18

19     The parties, through their undersigned attorneys, hereby stipulate to an extension of time within

20  which the Defendant must serve the answer or otherwise respond in the above-entitled action.

21  Defendant will file his response on or before November 13, 2023.

22     In light of the agreed-upon extension for Defendant's response to the Complaint, the parties

23  request that, if Plaintiffs have not filed a motion for summary judgment by November 29, 2023,

24  Defendant must file his motion for summary judgment by January 11, 2024. In accordance with Civil

25  Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the

26  filing of this document.

27

28

Stip to Extend
C 4:23-cv-04073 KAW                              1

| | |
|---|---|
| Dated: November 6, 2023 | Respectfully submitted, |
| | ISMAIL J. RAMSEY<br>United States Attorney |
| | */s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney<br>Attorneys for Defendant |
| Dated: November 6, 2023 | */s/ Ashley A. Byers*<br>ASHLEY A. BYERS<br>KEVIN M. CRABTREE<br>Attorneys for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/7/2023

*[signature: Kandis Westmore]*
KANDIS A. WESTMORE
United States Magistrate Judge